IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILLIAM ECKART, ECHART TRUCKING, INC., a Montana corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>MILES CITY, MONTANA,<br><br>  Defendant. | CV 21-66-BLG-SPW-TJC<br><br>**ORDER** |

On August 20, 2021, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6.)  (Doc. 4.)  Subsequently, on September 8, 2021, Plaintiffs filed an Amended Complaint (Doc. 7), which moots Defendant's motion.  *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).  Accordingly, Defendant's Motion to Dismiss (Doc. 4) is **DENIED as moot**.

DATED this 9th day of September, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge